IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JAMES E. BAUMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-cv-1330 |
| vs. ) | |
| ) | |
| J. KAISER, INC., CENTRAL ILLINOIS ) | |
| TRUSS, INC., and JERRY J. KAISER, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

The Parties, Plaintiff, James E. Bauman, by and through his attorneys, William R. Kohlhase and Miller, Hall & Triggs, LLC, and Defendants, J. Kaiser, Inc., Central Illinois Truss, Inc., and Jerry J. Kaiser, by and through their attorneys, Dustin R. Jensen and Hasselberg, Rock, Bell & Kuppler, LLP, state the following for their Joint Motion to Approve Settlement Agreement:

1. Plaintiff filed the instant action claiming that the Defendants violated the Fair Labor Standards Act ("FLSA") and Illinois Minimum Wage Law.

2. The parties have reached an agreement for the settlement of Plaintiff's claims, a copy of which is attached hereto as Exhibit A.

3. The Seventh Circuit has refused to recognize "wholly private settlements" of FLSA claims, because doing so would allow parties to contract for "sub-minimum wages." *See Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986) *citing Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1352 (11th Cir. 1982). However, parties may settle FLSA disputes by "'present[ing] to the district court a proposed settlement' which a district court

may approve 'after scrutinizing the settlement for fairness.'" *Adams v. Walgreen Co.*, 2015 WL 4067752, p. 1 (E.D. Wis. July 2, 2015) *quoting Lynn's Food Stores*, 679 F. 2d at 1353.

4.      Plaintiff claims that he is entitled to $40,537.50 in compensatory and liquidated damages. Defendants claim that Plaintiff is entitled to $4,576.50 in compensatory damages and no liquidated damages. The parties' settlement agreement attached hereto as Exhibit A provides Plaintiff with $35,000.00 in compensatory and liquidated damages plus attorneys' fees and costs. The parties' agreement constitutes a fair and equitable settlement of the Plaintiff's claims.

WHEREFORE, the aforementioned parties request that this honorable Court enter an order approving the settlement agreement attached hereto as Exhibit A and dismiss this matter with prejudice.

| JAMES E. BAUMAN,<br>      Plaintiff, | J. KAISER, INC., CENTRAL ILLINOIS TRUSS, INC., AND JERRY J. KAISER<br>      Defendants, |
|---|---|
| By:   /s/ William R. Kohlhase<br>   WILLIAM R. KOHLHASE<br>   MILLER, HALL & TRIGGS, LLC<br>   416 Main Street, Suite 1125<br>   Peoria, Illinois 61602<br>   Tel:      (309) 671-9600<br>   Fax:     (309) 671-9616<br>   Email:   william.kohlhase@mhtlaw.com | By:   /s/ Dustin R. Jensen<br>   DUSTIN R. JENSEN<br>   HASSELBERG, ROCK, BELL & KUPPLER, LLP<br>   Associated Bank Building, Suite 200<br>   4600 N. Brandywine Drive<br>   Peoria, Illinois 61614<br>   Tel:      (309) 688-9400<br>   Fax:     (309) 688-9430<br>   Email:   djensen@hrbklaw.com |